# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITOVSKY,<br><br>       Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>       Defendants. | 1:23-cv-00465-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 6.)<br><br>ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER<br><br>(Doc. 4.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Michael Litovsky ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 2, 2023, findings and recommendations were issued, recommending that this action be dismissed for Plaintiff's failure to comply with the Court's order issued on March 30, 2023. (Doc. 6.) Plaintiff was granted until June 20, 2023 to file objections to the findings and

recommendations.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the magistrate judge on June 2, 2023, (Doc. 6), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2023**

UNITED STATES DISTRICT JUDGE